579-15
580-15

# ELECTRONIC RECORD

COA # 10-14-00219-CR          OFFENSE: Habeas Corpus

STYLE: Ex parte Darrick Edward Ross v.          COUNTY: Walker

TRIAL COURT:          278th District Court          _____ MOTION
TRIAL COURT #:          26383          FOR REHEARING IS: _____
TRIAL COURT JUDGE: Hon. Jerry A. Sandel          DATE: _____
DISPOSITION:    AFFIRMED          JUDGE: _____

DATE:          April 9, 2015

JUSTICE:    Scoggins          PC _____    S  YES
PUBLISH: _____          DNP:   YES

CLK RECORD:    8/28/2014          SUPP CLK RECORD: _____
RPT RECORD:    8/26/2014          SUPP RPT RECORD: _____
STATE BR: _____          SUPP BR: _____
APP BR:    12/5/2014 - Anders          PRO SE BR: _____

# IN THE COURT OF CRIMINAL APPEALS          579-15
                                                          580-15

ELECTRONIC RECORD          CCA # _____ 580-15

---------------------

___ PRO SE ___ Petition          Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____
___ REFUSED ___          JUDGE: _____
DATE: 09/16/2015          SIGNED: _____    PC: _____
JUDGE: Per Curiam          PUBLISH: _____    DNP: _____

---------------------

___ MOTION FOR REHEARING IN          MOTION FOR STAY OF MANDATE IS:
CCA IS: _____ ON _____          _____ ON _____
JUDGE: _____          JUDGE: _____